**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Paul Anthony GRAHAM, a.k.a. Paul Richard Mays, Defendant–Appellant.**

**No. 07–15534 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 28, 2008.

Paul Anthony Graham, Edgefield, SC, pro se.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Paul Anthony Graham, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Graham's conviction and sentence are **AFFIRMED.**